IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGEL L. BENGE PLAINTIFF

V. Case No. 3:26-cv-00094-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**ORDER**

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) is GRANTED. (Doc. 11). Accordingly, the Commissioner's decision is REVERSED, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

SO ORDERED this 27th day of July, 2026.

Benecia Moore
UNITED STATES MAGISTRATE JUDGE