IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGEL L. BENGE PLAINTIFF

V. Case No. 3:26-cv-00094-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**JUDGMENT**

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Angel L. Benge, reversing the Commissioner's decision and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

DATED this 27th day of July, 2026.

Benecia Moore
UNITED STATES MAGISTRATE JUDGE