IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGEL L. BENGE PLAINTIFF

V. Case No. 3:26-cv-00094-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**ORDER**

On July 27, 2026, this Court entered Judgment for Plaintiff Angel L. Benge after granting the Commissioner's unopposed motion to reverse his decision and remand this case to the Social Security Administration for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Docs. 12–13). As a "prevailing party," Benge filed on October 19, 2026, an Application for Attorney's Fees Under the Equal Access to Justice Act. (Doc. 14 at 2). Benge asks the Court to approve an attorney-fee award of $4,814.60 under 28 U.S.C. § 2412. (Doc. 14 at 1; Doc. 14-1 at 1). In his Response, the Commissioner states that "he does not object to an award of reasonable attorney fees in the amount of $4,814.60, payable to Plaintiff." (Doc. 15 at 1).

After reviewing the record, the Court finds that Benge's unopposed request for attorney's fees is reasonable. Therefore, the Motion is GRANTED. Although Benge is entitled to attorney's fees in the amount of $4,814.60, and that award is payable to Benge, the award is also subject to offset to satisfy any pre-existing debt that Benge may owe to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 593–98 (2010).

SO ORDERED this 21st day of October, 2026.

UNITED STATES MAGISTRATE JUDGE